```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    SARAH RYAN, State Bar of Texas #17479500
 4  Special Assistant United States Attorney
 5
        333 Market Street, Suite 1500
 6      San Francisco, California 94105
        Telephone: (415) 977-8943
 7      Facsimile: (415) 744-0134
        E-Mail: sarah.ryan@ssa.gov
 8
 9  Attorneys for Defendant
```

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                           **FRESNO DIVISION**

13

| | |
|---|---|
| 14  RAFAELA ARREGUIN, ) | |
| 15          Plaintiff, ) | CIVIL NO. 1:08-CV-00744 SMS |
| 16              ) | STIPULATION AND |
| 17          v. ) | ORDER TO EXTEND TIME |
|                 ) | FOR DEFENDANT TO |
| 18  MICHAEL J. ASTRUE, ) | FILE OPPOSITION TO |
|     Commissioner of ) | PLAINTIFF'S OPENING BRIEF |
| 19  Social Security, ) | |
| 20          Defendant. ) | |
| 21  _____) | |

22

23     The parties, Plaintiff, RAFAELA ARREGUIN, and Defendant, COMMISSIONER OF SOCIAL

24  SECURITY, through their respective counsel, stipulate that the time for filing defendant's opposition to

25  plaintiff's opening brief be extended from February 15, 2009, to March 17, 2009.

26     This is defendant's first request for an extension of time to file a response to plaintiff's opening

27  brief. Defendant needs the additional time because of the heavy caseload of the undersigned attorney of

28  record for Defendant, Commissioner of Social Security in this case. Said attorney currently has seven

briefs due in the next two weeks.  Therefore, Defendant requests that an extension of thirty days be granted for Defendant to file his response and supporting authority.

                                      Respectfully submitted,

Dated:  February 9, 2009.         /s/ Laura Krank
                                        (As authorized by email)
                                        LAURA KRANK
                                        Attorney for Plaintiff

Dated:  February 9, 2009.         LAWRENCE G. BROWN
                                        Acting United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration


                                        /s/ Sarah Ryan
                                        SARAH RYAN
                                        Special Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated:  2/9/2009

                                       /s/ Sandra M. Snyder
                                        THE HONORABLE SANDRA M. SNYDER
                                        United States Magistrate Judge